# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven Z. Levinson and Jane Manning Levinson | BKY. NO. 13-00508 JJT |
| Debtor(s) | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 5511

                              Respectfully submitted,

                              **/s/ Thomas Puleo**
                              Thomas Puleo, Esquire
                              James C. Warmbrodt, Esquire
                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 825-6306  FAX (215) 825-6406
                              Attorney for Movant/Applicant