```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 13-00508-JJT
Steven Z. Levinson                                             Chapter 13
Jane Manning Levinson
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: MMchugh              Page 1 of 1            Date Rcvd: Jan 26, 2017
                              Form ID: trc               Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2017.
4567152       +Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,    MAC#D3347-014,   3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   WELLS FARGO BANK, N.A. bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Karina Velter    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
              Kimberly A Bonner    on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com
              Mark E Morrison    on behalf of Creditor   Internal Revenue Service
               USAPAM.Bankr-WilkesBarre@usdoj.gov
              Philip W. Stock    on behalf of Debtor Steven Z. Levinson pwstock@ptd.net
              Philip W. Stock    on behalf of Joint Debtor Jane Manning Levinson pwstock@ptd.net
              Thomas I Puleo    on behalf of Creditor   NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:13-bk-00508-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven Z. Levinson
1794 Big Ridge Dr.
E. Stroudsburg PA 18302

Jane Manning Levinson
1794 Big Ridge Dr.
E. Stroudsburg PA 18302

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/26/2017.

Name and Address of Alleged Transferor(s):

Claim No. 12: Wells Fargo Bank, N.A., ATTN: Bankruptcy Dept., MAC#D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715

Name and Address of Transferee:

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019
Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX 75019

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/28/17

Terrence S. Miller
**CLERK OF THE COURT**